# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

RSUI Indemnity Company

                              Plaintiff,

v.

Fireside Terrace Condominium Association, Inc., et al.

                              Defendant.

Case No.: 1:22−cv−00014

Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

    MINUTE entry before the Honorable John F. Kness: Plaintiff's motion for judgment on the pleadings [29] is taken under advisement. The hearing set for 12/17/2024 is stricken, and a new hearing will be set as needed by separate order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.